610

400 A.2d 632

Commonwealth v. Tanner, Appellant.

Submitted November 14, 1977. William M. Panella, Assistant Public Defender, for appellant; Donald Williams, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

. 400 A.2d 633

Commonwealth v. Varner, Appellant.
Petition for Allowance of Appeal Denied May 17, 1979.

Submitted March 13, 1978. E. Franklin Martin, Assistant Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.